AUSA Paul H. Tzur (312) 697-4032

**FILED**
SEP 22 2011
9-22-11
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) No. | **11CR 650** |
| | ) | |
| MARCUS JONES | ) | MAGISTRATE JUDGE NOLAN |
| also known as "Demetrius Johnson" | ) | |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, LORNE STENSON, personally appearing before United States Magistrate Judge NAN R. NOLAN and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MARCUS JONES, also known as "Demetrius Johnson" (hereinafter "Jones"), has been charged by Indictment in the Eastern District of Kentucky, Central Division, with conspiracy to possess a counterfeited security, in violation of Title 18, united States Code, Section 371, and that an arrest warrant has been issued by that Court due to defendant's failure to appear as required.

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

LORNE STENSON
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 22nd day of September, 2011.

NAN R. NOLAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
OCT 28 2010
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 10-147-JBC
18 U.S.C § 371

DOMINQUE BELL,
    aka Ju'Torya Davis,
VANESSA REGALADO,
    aka Michelle Brown,
    aka Marquita Riddle,
ALEXIS RAMOS,
    aka Marquita Riddle,
SADE TILLMAN,
    aka Sade Easley,
JACQUELINE BARNES, and
MARCUS JONES,
    aka Demetrius Johnson

\* \* \* \* \*

THE GRAND JURY CHARGES:

Beginning on or about February 23, 2010, the exact date unknown, and continuing through March 8, 2010, in Fayette, Pulaski, Jessamine, Clark, Bourbon, Franklin, Scott and Montgomery Counties, all in the Eastern District of Kentucky, and elsewhere,

DOMINIQUE BELL,
aka Ju'Torya Davis,
VANESSA REGALADO,
aka Michelle Brown,
aka Marquita Riddle,
ALEXIS RAMOS,

       **aka Marquita Riddle,**
       **SADE TILLMAN,**
       **aka Sade Easley,**
     **JACQUELINE BARNES, and**
       **MARCUS JONES,**
      **aka Demetrius Johnson,**

did willfully and knowingly conspire, confederate, and agree to commit offenses against the United States, that is, to knowingly utter and possess a counterfeited security, i.e. payroll checks of an organization, with intent to deceive another organization, in violation of 18 U.S.C. § 513(a).

### OBJECT OF THE CONSPIRACY

The object of the conspiracy was to pass fraudulent documents purporting to be legitimate payroll checks bearing legitimate routing numbers, account numbers and names of legitimate banks but false names of account holders, and to cash the checks at banks located within the Eastern District of Kentucky, and elsewhere, thereby deceiving said stores and fraudulently obtaining currency.

### OVERT ACTS

At the time hereafter mentioned, the defendants committed the following overt acts, among others, in the Eastern District of Kentucky and elsewhere, in furtherance of the conspiracy and to effectuate the objects thereof:

1.  On February 22, 2010, **BELL, REGALADO, RAMOS, and TILLMAN** traveled from Chicago, Illinois, to the Eastern District of Kentucky for the purpose of cashing counterfeit payroll checks.

2. On February 23, 2010, in Fayette County, Kentucky, **BELL, REGALADO, and RAMOS** obtained Kentucky Identification cards using fraudulent Social Security cards and birth certificates for the purpose of cashing counterfeit payroll checks.

3. On or about February 23, 2010, **BELL, REGALADO, RAMOS, and TILLMAN** traveled from Fayette County, Kentucky, to Pulaski County, Kentucky, for the purpose of cashing counterfeit payroll checks at Cumberland Security Bank.

4. On March 8, 2010, in Georgetown, Kentucky, **REGALADO** attempted to cash a counterfeit payroll check at United Bank.

5. Continuing on March 8, 2010, in Scott County, Kentucky, **REGALADO, RAMOS, BARNES, and JONES** possessed 50 counterfeit payroll checks; eighteen of which were written to "Demetrius Johnson," sixteen of which were written to "Marquita Riddle," and sixteen of which were written to "Michelle Brown."

6. On a date before March 8, 2010, the exact date unknown, **BARNES** gave **JONES** a birth certificate, social security card, and an identification card belonging to someone else while in Chicago, Illinois, which Jones brought with him to the Eastern District of Kentucky.

7. On or about March 8, 2010, **JONES** attempted to discard and conceal stubs on counterfeit checks in the Georgetown Police Department, Scott County,

Kentucky.

All in violation of 18 U.S.C. § 371.

A TRUE BILL

*Stephen D. [signature]*
**FOREPERSON**

*Kevin C. [signature] for*
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 5 years imprisonment, a fine of not more than $250,000, and supervised release of not more than 3 years

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution, if applicable.

Case: 1:11-cr-00650 Document #: 1 Filed: 09/22/11 Page 7 of 9 PageID #:7
Case: 5:10-cr-00147-JBC Doc #: 1-1 Filed: 10/28/10 Page: 1 of 1 - Page ID#: 6
U.S. District Court Eastern District of Kentucky DCN Site
Page 1 of 1

# Criminal Case Assignment

Case number **5:10-CR-147**

Assigned : Chief Judge Jennifer B. Coffman
Judge Code : 4312

Assigned on 10/28/2010

AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
U.S. MARSHAL, E/KY

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| MARCUS JONES | ) | Case No. | Lexington: 5:10-CR-147-JBC |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Marcus Jones, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  X Order of the Court

This offense is briefly described as follows:

FAILURE TO APPEAR

Date: Sept. 9, 2011

Leslie G. Whitmer, Clerk
*Issuing officer's signature*

City and state: Lexington, Kentucky

Becki Demsey, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

```
                                              Eastern District of Kentucky
                                                    FILED

         UNITED STATES DISTRICT COURT              SEP - 9 2011
         EASTERN DISTRICT OF KENTUCKY              AT LEXINGTON
              CENTRAL DIVISION                    LESLIE G. WHITMER
                  LEXINGTON                    CLERK U.S. DISTRICT COURT
```

CRIMINAL ACTION NO. 10-147-JBC

UNITED STATES OF AMERICA,                      PLAINTIFF,

V.                    ORDER FOR WARRANT

MARCUS JONES,                              DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

       This matter was scheduled for a status conference on September 9, 2011. Assistant U.S. Attorney Hydee Hawkins appeared for Lindsay Hughes Thurston on behalf of the United States. The defendant failed to appear; however, Jeffrey Darling appeared as appointed counsel. Accordingly,

       IT IS ORDERED that a warrant be issued for the defendant's arrest.

Signed on September 9, 2011

*signature: Jennifer B. Coffman*

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1